MANQUEEN CORPORATION, Respondent, *v.* LUCY B. KRAUSE et al., Appellants.

Argued April 12, 1943; decided May 27, 1943.

*Jonas J. Shapiro, Lawrence S. Greenbaum* and *Karl W. Kirchwey* for appellants.

*Samuel Komoroff* and *Samuel Lawrence Brennglass* for respondent.

Order affirmed, with costs, and question certified answered in the negative. No opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J., and FINCH, J.